IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MARI BETH LEVINGSTON,
    Plaintiff,

v.

    Civil Action 2:14-cv-436
    JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Elizabeth P. Deavers

COMMISSIONER OF SOCIAL SECURITY,
    Defendant.

## ORDER

This matter is before the Court for consideration of the parties' Joint Stipulation to Remand to the Commissioner pursuant to Sentence Four of the Social Security Act, 42 U.S.C. § 405(g). (ECF No. 17.) Per the parties agreement, this case is remanded for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g) and to enter judgment pursuant to Federal Rule of Civil Procedure 58. Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision, and the Commissioner will conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act.

Accordingly, this case is **REMANDED** to pursuant to Sentence Four of § 405(g) for further proceedings.

**IT IS SO ORDERED.**

\_\_11-4-2014_____
DATE

_____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT COURT